UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan D. Wigenton |
| v. | : | Crim. No. 12-00041 (SDW) |
| MARK JEFFERSON | : | CONTINUANCE ORDER |

This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Vikas Khanna, Assistant U.S. Attorney,
appearing), and defendant Mark Jefferson (Michael Murphy, Esq.,
appearing) for an order granting a continuance of the proceedings
in the above-captioned matter for a period of 60 days, and the
defendant being aware that he has the right to have the matter
brought to trial within 70 days of the date of his appearance
before a judicial officer of this court pursuant to Title 18 of
the United States Code, Section 3161(c)(1), and as the defendant
has consented to such a continuance, and for good and sufficient
cause shown,

IT IS THE FINDING OF THIS COURT that this action should be
continued for the following reasons:

1.  Plea negotiations are currently in progress, and both
the United States and the defendant desire additional time to
finalize a plea agreement, which would render trial of this
matter unnecessary;

2.  Defendant has consented to the aforementioned

continuance;

3.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(a), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ____31____ day of May, 2012,

IT IS ORDERED that this action be, and hereby is, continued for a period of 60 days; and it is further

ORDERED that the period from and including May 24, 2012 through and including July 23, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7)(a); and it is further

ORDERED that the calendar for this matter shall be revised
as follows:

Defense motions: _____

Opposition: _____

Motions hearing: _____

Trial: _____

_____
HON. Susan D. Wigenton
United States District Judge

Form and entry
consented to:

_____
Vikas Khanna
Assistant U.S. Attorney

_____
Michael Murphy, Esq.
Counsel for Mark Jefferson